### 16852.   GORDON *v.* THE STATE.

LUKE, J. The conviction of the accused was fully authorized by the evidence. The assignments of error upon excerpts from the charge of the court, when the charge is read in its entirety, are wholly without merit. The court properly overruled the motion for a new trial.

    *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

        DECIDED DECEMBER 15, 1925.

Conviction of assault with intent to murder; from Long superior court—Judge Sheppard. August 8, 1925.

*O. C. Darsey,* for plaintiff in error.

*J. Saxton Daniel, solicitor-general,* contra.